UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM LAVELLE WALKER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Case No. 4:19-cv-00358-BLW<br>Crim. Case No. 4:16-cr-00111-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on December 28, 2020 (Dkt. 15),

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed by William Lavelle Walker is DENIED and Case No. 4:19-cv-00358-BLW is DISMISSED with prejudice.

DATED: January 25, 2021

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1